IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: BRADLEY WILKERSON                         CHAPTER 13

DEBTOR                                            CASE NO. 18-13144-SDM

## ENTRY OF APPEARANCE

    Comes Now, Robert H. Lomenick, Attorney for WWC Finance, Inc., and enters his appearance in the above styled cause and request notice on all actions.

        RESPECTFULLY SUBMITTED

        SCHNELLER & LOMENICK, P.A.
        ATTORNEYS AT LAW
        126 NORTH SPRING STREET
        P.O. BOX 417
        HOLLY SPRINGS, MS 38635
        662.252.3224

        BY:   \S\ ROBERT H. LOMENICK
                KAREN B. SCHNELLER, MSB 6558
                ROBERT H. LOMENICK, MSB 104186
                ATTORNEYS FOR WWC FINANCE, INC.
                rlomenick@gmail.com

## CERTIFICATE OF SERVICE

I, Robert H. Lomenick, Attorney for WWC Finance, Inc., does hereby certify that I have this day mailed, postage prepaid or delivered by electronic means, a true and correct copy of the above and foregoing Entry of Appearance:

**R. Gawyn Mitchell**
**P.O. Box 1216**
**Columbus, MS 39703-1216**

**Terre M. Vardaman**
**Chapter 13 Trustee**
**P. O. Box 1326**
**Brandon, MS 39043**

**Office of U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

This the 20th Day of November, 2018

\s\ Robert H. Lomenick
ROBERT H. LOMENICK